## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

Robert Dale Yost      1028343

_(Enter above the full name of the plaintiff or plaintiffs in this action)._    _(Inmate Reg.# of each Plaintiff)_

**VERSUS**     CIVIL ACTION NO. 3:04-1296
_(Number to be assigned by Court)_

1) Prim-Care, et-al
2) W.R.J. Dr. Kaytenie
3) W.R.J Admi. Larry Parsons
4) Reg. Jail. Athority: Steve Cannaberry

_(Enter above the full name of the defendant or defendants in this action)._

FILED
DEC 13 2004
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## COMPLAINT

I. **Previous Lawsuits**

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

           Yes _____    No __X__

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

    Plaintiffs: N/A

    Defendants: N/A

2. Court (if federal court, name the district; if state court, name the county):

    N/A

3. Docket Number: N/A

4. Name of judge to whom case was assigned:

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

    N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

II. Place of Present Confinement: Western Regional Jail (Barboursville WVa.)

A. Is there a prisoner grievance procedure in this institution?

Yes X    No ___

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes X    No ___

C. If your answer is YES:

1. What steps did you take? I filed Greivance. After Grievance and W.R.J. Admin. Larry Parsons would not make them do any thing to help me see a outside Doctor, or go to the E.R. for Help.

2. What was the result? Said; It was a pre. excisting problem. And Medical (Prim Care) was not going to pay for it or be Responsible.

D. If your answer is NO, explain why not: Prim-Care would do no tests or be Responsable for any payment or take me to see a outside Doctor.

III. Parties

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff: Robert Dale Yost
   Address: one ohmlan plc. Barbousville WVa

B. Additional Plaintiffs and Address: ___

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant _____N/ANe_____

is employed as _____None_____

at _____None_____

D. Additional defendants: _____None_____

## IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary).

On or about March or April of 2004, the Plaintiff began having problems with urination and large amounts of blood in his stool; at which time he "Informed" the Medical staff of his condition and all pleas were "Ignored". After addressing the "Issue" by Grievance, which concurred a time laps of two Months; The Plaintiff was allowed to see the Doctor (Kaytanie) who prescribed a

IV. Statement of Claim (continued):

Change of Diet, without Also doing one test to see why I am Bleeding from my Rectom: Mean while the Plaintiff Contenved to have Serious problems with Urination (Having to sit to urinate) And Rectal Bleeding. A Condition which Contenvous to progress with each day (PAIN). Through Medical Request/slips And Grievance the Plaintiff has Informed Admin. LARRY PARSONS /(Head Nurse) Tonyi Holli And (Dr. Kaytinic) of the Western Regional Jail of the Progression of my Condition, yet the Administration And Medical Staff Contenves to "Ignore" me. The defendent's Are Full Aware of my Condition And it pose's a treat to my life

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

See Next Page

IV. Statement of Claim (continued):

: AN yet they will NOT Recognize my need for treatment And has left this Civil Action my only option. The Plaintiff mother has even gone as far to Contact Tonyi Holli (PRIMCARE) + Steve Canabrey, Larry Parsons Reg. Jail Athority, Plaintiff mother Informend them of the family History of Colon Cancer And the Death in the family, And every time they have not Returned one Phone call.
End of Statment

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

① Full Compasety of Prime-Care's Insurance.

② Mental And Fiscal Damages

③ long turm Damages

— may add more at later Date —

## V. Relief (continued)

~~_____~~

## VII. Counsel

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____N/A_____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes ____    No _X_

If so, state the name(s) and address(es) of each lawyer contacted:

_____N/A_____

If not, state your reasons: _NO money_

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes ____    No _X_

If so, state the lawyer's name and address:

N/A

Signed this 29th day of October, 19 2004

Robert Dale Yost

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 29 - oct -2004
(Date)

Signature of Movant/Plaintiff

Signature of Attorney
(if any)